People v Roundtree (2024 NY Slip Op 02485)

People v Roundtree

2024 NY Slip Op 02485

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024

PRESENT: LINDLEY, J.P., OGDEN, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed May 3, 2024.) 

MOTION NO. (735/10) KA 06-03475.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
LAMAR J. ROUNDTREE, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.